UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVANSTON INSURANCE COMPANY,

                Plaintiff,

-against-

SALAMON'S HOME IMPROVEMENT, INC., et al.,

                Defendants.

**ORDER**

22-CV-07911 (PMH)

PHILIP M. HALPERN, United States District Judge:

Evanston Insurance Company ("Plaintiff") initiated this action by filing a complaint on September 15, 2022. (Doc. 1). On October 13, 2022, Plaintiff filed two affidavits of service, indicating service of the summonses and complaint on Defendants. (Docs. 8, 9). The time for Defendants to answer or otherwise move with respect to the complaint expired on October 11 and 17, 2022, respectively. (*Id*.). There has been no activity on the docket since the filing of the affidavits of service.

To the extent Defendants are in default, Plaintiff is directed to comply with this Court's Individual Practices Rule 4(B) by December 21, 2022. Failure to strictly comply with this Court's Individual Practices and this order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil procedure 41(b).

SO ORDERED.

Dated: White Plains, New York
       November 21, 2022

                                                              _____
                                                              Philip M. Halpern
                                                              United States District Judge