UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVANSTON INSURANCE COMPANY,

                Plaintiff,

-against-

SALAMON'S HOME IMPROVEMENTS, INC., et al.,

                Defendants.

**ORDER**

22-CV-07911 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Evanston Insurance Company ("Plaintiff") initiated this action by filing a complaint on September 15, 2022. (Doc. 1). On October 13, 2022, Plaintiff filed two affidavits of service, indicating service of the summonses and complaint on Defendants. (Docs. 8, 9). On November 21, 2022, the Court issued an Order directing Plaintiff to comply with this Court's Individual Practices Rule 4(B) concerning default judgments by December 22, 2022. (Doc. 10). On December 19, 2022, Plaintiff requested leave to file an amended complaint to correct the spelling of defendant Salamon's Home Improvements, Inc. and serve defendants with the amended complaint. (Doc. 11). On December 20, 2022, the Court granted the request (Doc. 12), and Plaintiff filed its Amended Complaint that same day (Doc. 13). On January 5, 2023, Plaintiff filed an affidavit of service demonstrating service on defendant Salamon's Home Improvements, Inc. was effectuated on December 30, 2022. (Doc. 18).

    Accordingly, Plaintiff is directed to comply with this Court's Individual Practices Rule 4(B) by March 13, 2023. Failure to strictly comply with this Court's Individual Practices and this order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil procedure 41(b).

SO ORDERED.

Dated: White Plains, New York
       February 13, 2023

_____
Philip M. Halpern
United States District Judge