

**HINSHAW & CULBERTSON LLP**
Attorneys at Law

800 Third Avenue
13th Floor
New York, NY 10022

212-471-6200
212-935-1166 (fax)
www.hinshawlaw.com

Matthew C. Ferlazzo
212-471-6227
mferlazzo@hinshawlaw.com

November 28, 2023

**BY ECF**

The Honorable Philip M. Halpern
United States District Court Judge
United States District Court
Southern District of New York
300 Quarropas Street
Westchester, New York 10601

> Application granted.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>          November 29, 2023

Re:   Evanston Ins. Co. v. Salamon's Home Improvements, Inc., et al.
      Docket No. 7:22-cv-7911-PMH

Dear Judge Halpern:

We represent plaintiff Evanston Insurance Company in the referenced matter. We write on behalf of Evanston and defendant Patricio Najera Altamirano to request that the Court adjourn the deadline for the parties to submit their position concerning settlement/mediation from November 28, 2023 to December 8, 2023.

In this action, Evanston seeks a declaration concerning its obligation to defend and indemnify non-appearing defendant Salamon's Home Improvements Inc. in a personal injury lawsuit captioned Patricio Najera Altamirano v. Yakov Bruer, Yossi Walter, Salamon Home Improvements, Inc. and Valley Framers LLC, Supreme Court of New York, Rockland County, Index. No. 33818/2020 (the "Underlying Action"). The court in the Underlying Action has granted Salamon's summary judgment dismissing Altamirano's claims, and Altamirano has filed a notice of appeal from that decision. The parties in this coverage action are considering how the decision in the Underlying Action and Altamirano's appeal impact this action. Therefore, Evanston and Altamirano request that the Court adjourn the deadline for the parties to submit their position concerning settlement/mediation from November 28, 2023 to December 8, 2023.

Respectfully submitted,
HINSHAW & CULBERTSON LLP

Matthew C. Ferlazzo

The Honorable Philip M. Halpern, U.S.D.J.
November 28, 2023
Page 2

cc:     Vincent Chirico, Esq. (via ECF)
        *Counsel for Defendant*
        *Patricio Najera Altamirano*